# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:07CR15

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ) | |
| JACK VINSON ) | |
| ) | |

**THIS MATTER** is before the Court on the Defendant's motion to stay this action pending his appeal in *Vinson v. United States*, Civil Case No. 2:07cv10. The motion is denied.

The Defendant states that he has filed an appeal from the dismissal of his motion pursuant to 28 U.S.C. § 2255 in Civil Case No. 2:07cv10 and, therefore, the criminal prosecution in this matter should be stayed pending the outcome of that appeal. An appeal may not be taken to a court of appeals from the denial of a motion pursuant to 28 U.S.C. § 2255 unless a circuit justice or judge issues a certificate of appealability. **28 U.S.C. § 2253(c)(1)(B);** *Reid v. Angelone*, **369 F.3d 363, 369 ("We note initially that the purpose of the COA requirement is to enable the courts of**

**appeals to winnow out frivolous appeals in habeas cases.")** . No such certificate has been issued.

In any event, the undersigned would not stay the prosecution of this criminal case pending the appeal of the civil case.

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion is hereby **DENIED.**

Signed: June 13, 2007

Lacy H. Thornburg
United States District Judge